Our File No.: 30943
Adam K. Gallagher, Esq./ID No.: 195492017
BOROWSKY & BOROWSKY, LLC
Attorneys at Law
59 Avenue at the Common, Suites 101 & 102
Shrewsbury, NJ 07702
TEL: 732-212-9400 • FAX: 732-212-9445
Attorneys for Defendant, St. Paul Fire & Marine Insurance Company

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| GOOD FIGHT ENTERTAINMENT, LLC, | : | Civil Action No.: 3:19-cv-15811-BRM-TJB |
| *Plaintiff*, | : | |
| vs. | : | |
| | : | STIPULATION AND ORDER |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, | : | OF DISMISSAL |
| | : | WITH PREJUDICE |
| *Defendant.* | : | |
| | : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for Plaintiffs Good Fight Entertainment, LLC and Defendant St. Paul Fire & Marine Insurance Company; that

WHEREAS no party hereto is an infant or incompetent person for whom a committee has been appointed, and no other person or party has an interest in the subject matter of the action;

IT IS HEREBY AGREED, by and between all of the parties to this action, that the above entitled action, and each and every claim, counterclaim and crossclaim included therein, is hereby dismissed by each and every party against each and every other party, individually and collectively, with prejudice, and without costs to either party as against the other. It is further agreed that each party shall be responsible for its own attorneys' fees incurred in connection with this action. This stipulation may be filed without further notice with the Clerk of the Court.

SL1 1660471v1 105798.00003

RESPECTFULLY SUBMITTED, this 9th day of December, 2020

/s/ Abraham E. Havkins

_____
Abraham E. Havkins, Esq.
HAVKINS, ROSENFELD, RITZERT & VARRIALE, LLP
*Attorneys for Plaintiff*
*Good Fight Entertainment LLC*
One Battery Park Plaza, 6th Floor
New York, NY 10004
212-488-1598
Abbie.Havkins@hrrlaw.com

/s/ Adam K. Gallagher

_____
Adam K. Gallagher, Esq.
BOROWSKY & BOROWSKY LLP
*Attorneys for Defendant*
*St. Paul Fire & Marine Insurance Company*
59 Avenue at the Common, Suites 101 & 102
Shrewsbury, NJ 07702
732-212-9400
agallagher@borowskylawfirm.com

SO ORDERED this _____ day of

_____, 2020.


_____
Hon. Brian R. Martinotti
United States District Judge

SL1 1660471v1 105798.00003